Ross Cornell, Esq.   (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email:  *ross.law@me.com*
111 W. Ocean Blvd., Suite 400
Long Beach, CA  90802
Phone:  (562) 612-1708
Fax: (562) 394-9556

Attorneys of Record for Plaintiff,
Bryan Estrada

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Estrada,<br><br>            Plaintiff,<br><br>    v.<br><br>Wanggi Investment Co. et al.,<br><br>            Defendants. | Case No. 5:19-cv-02349-JGB-SHK<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

-1-
**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Ross Cornell SBN 210413<br>Law Offices of Ross Cornell<br>111 W. Ocean Blvd. Suite 400<br>Long Beach, CA 90802<br>ATTORNEY FOR  Plaintiff | TELEPHONE NUMBER<br>(562) 612-1708 | FOR COURT USE ONLY |
|---|---|---|
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Estrada, Bryan v. Wanggi Investment Co. | | |
| DATE:     TIME:     DEP./DIV. | | CASE NUMBER:<br>5:19-cv-2349 |
| **Declaration of Service** | | Ref. No. or File No:<br>Estrada vs Wanggi |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Complaint; Summons; Notice of Interested parties ; DAL Answer Form; Civil Code 55.3 Notice to Defendants; Assignment Notice; Application for Stay; Advisory Notice To Defendant; ADR Program Notice; Standing Order;**

On: **Wanggi Investment Co.**

I served the summons at:

**24108 Cromarty Dr   Diamond Bar, CA 91765**

On: **12/19/2019**          Date:  **04:10 PM**

In the above mentioned action  by substituted service and leaving with

**Kim Doe  -  Occupant**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Marcos Garcia**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **70.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*(signature)*

Marcos Garcia                              Date: **12/23/2019**

Declaration of Service                              Invoice #: 3211436-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Ross Cornell SBN 210413<br>Law Offices of Ross Cornell<br>111 W. Ocean Blvd. Suite 400<br>Long Beach, CA 90802<br>ATTORNEY FOR   Plaintiff | TELEPHONE NUMBER<br>(562) 612-1708 | FOR COURT USE ONLY |
|---|---|---|
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Estrada, Bryan v. Wanggi Investment Co. | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>5:19-cv-2349 |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>Estrada vs Wanggi |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years andnot a party to the within entitled action.

On **12/23/2019**, I served the within:
**Complaint; Summons; Notice of Interested parties ; DAL Answer Form; Civil Code 55.3 Notice to Defendants; Assignment Notice; Application for Stay; Advisory Notice To Defendant; ADR Program Notice; Standing Order;**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Wanggi Investment Co.
24108 Cromarty Dr   Diamond Bar, CA 91765**

Declarant:

  a. Name: **Stephanie Bowman**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **70.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Stephanie Bowman                                   Date: **12/23/2019**

Declaration of Service by Mail                                   Invoice #: 3211436-01