Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email:  *ross.law@me.com*
111 W. Ocean Blvd., Suite 400
Long Beach, CA  90802
Phone:  (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
BRYAN ESTRADA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ESTRADA,<br><br>Plaintiff,<br><br>v.<br><br>WANGGI INVESTMENT CO, et al.<br><br>Defendants. | Case No.:<br>5:19-CV-02349-JGB-SHK<br><br>**NOTICE OF SETTLEMENT** |

-1-

**NOTICE OF SETTLEMENT**

**TO THE HONORABLE UNITED STATES DISTRICT COURT AND TO THE CLERK OF THE COURT:**

In accordance with Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled in its entirety as to all parties and all causes of action.

Respectfully submitted,

Dated: February  17, 2020     LAW OFFICES OF ROSS CORNELL, APC

By: _/s/ Ross Cornell_____
    Ross Cornell, Esq.,
    Attorneys for Plaintiff,
    BRYAN ESTRADA

–2–
NOTICE OF SETTLEMENT